E-FILED
Friday, 06 February, 2015 11:47:18 AM
Clerk, U.S. District Court, ILCD

FILED
FEB - 5 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. **12-10148-001** |
| | ) | |
| **Peter Ian Turner** | ) | |
| Defendant | ) | |

### ORDER

This cause is before the Court sua sponte.

On June 14, 2013, Defendant was convicted and sentenced to 18 months. The Clerk's Office received Defendant's passport on January 15, 2013 and the passport remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand pursuant to 22 C.F.R. §51.7. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return a passport to the probation officer pending termination of supervised release or to send it back to the Department of State.

Ergo, the Clerk is DIRECTED to return Defendant's passport, with a copy of the Judgment, to the United States Department of State, CA/PPT/L/LA, 44132 Mercure Circle, P.O. Box 1227, Sterling, VA 20166-1227.

ENTERED this 5th day of February, 2015.

s/ Michael M. Mihm

Michael M. Mihm
UNITED STATES DISTRICT JUDGE